IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:   RICKY CLAYTON RASBEARY         §         Case No. 08-31609-H5-13
         LAWALTA KAY RASBEARY           §                  Chapter 13

**MOTION FOR ENTRY OF AGREED ORDER CONDITIONING AUTOMATIC STAY
REGARDING NON-EXEMPT PROPERTY**

> THIS IS A MOTION FOR ENTRY OF AN AGREED ORDER CONDITIONING THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT WITHIN 15 DAYS OF THE DATE THIS WAS MAILED TO YOU. IF NO TIMELY OPPOSITION IS FILED, THE COURT MAY GRANT THE RELIEF WITHOUT A HEARING.

1. Movant: GMAC Inc.

2. Movant, directly or as agent for the holder, holds a security interest in one (1) 2006 Chevrolet Silverado bearing serial number 2GCEK13T161210678.

3. The Debtors' exemptions have been allowed.

4. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): truck

5. Debtors' scheduled value of property: not listed.

6. Movant's estimated value of property: $21,337.50.

7. Total amount owed to Movant: $16,645.16.

8. Estimated equity (paragraph 7 minus paragraph 8): $4,692.34.

9. Total pre and post-petition arrearages: $16,638.33.

10. Total post-petition arrearages: $16,638.33.

11. Amount of unpaid, past due property taxes, if applicable: n/a

12. Expiration date on insurance policy, if applicable: n/a.

13. Movant and Debtors have agreed to condition the automatic stay pursuant to the terms of the attached agreed order. Accordingly, the parties request entry of the agreed order. The contact person for this motion is attorney Billy G. Baca who may be reached at (713) 864-8000.

Date: December 14, 2009        /s/ *Billy G. Baca*
                               Movant's counsel signature
                               BILLY G. BACA
                               State Bar No. 01486800
                               S.D. Tex. Bar No. 3719
                               5225 Katy Freeway, Suite 350
                               Houston, Texas  77007
                               (713) 864-8000    (713) 864-0179 facsimile
                               BGBaca@LBandD.com

**Certificate of Service and Certificate of Compliance with BLR 4001**

      A copy of this motion was served on the persons shown on the attached "Service Exhibit" at the addresses reflected on that exhibit on <u>December 14, 2009</u> by prepaid United States first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

                                  /s/ *Billy G. Baca*
                                  Movant's counsel

# SERVICE EXHIBIT

**Yvette V Recio**
Tow & Koenig, P.L.L.C.
26219 Oak Ridge Drive
The Woodlands, TX 77380

**IRS (Chapter 13 Notice)**
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-1294

**ECMC**
7325 Beaufont Springs Suite 200
Richmond, VA 23225

**GE Money Bank aka GE Consumer Finance**
5300 Kings Island Drive
Mason, OH 45040

**Linh Kiet Tran**
B-Line, LLC
Mail Stop 550
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121

**eCAST Settlement Corporation**
POB 35480
Newark, NJ 07193-5480

**Ricky Clayton Rasbeary**
78 F.M. 405
Huntsville, TX 77320

**US Trustee**
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002

**FIA Card Services aka Bank of America**
2 Commercial Place 8th Floor
Attn Bankruptcy Department
Norfolk, VA 23517

**HSBC Bank, NA/Direct Merchants Credit Card Bank, NA**
PO BOX 88000
Baltimore, MD 21288-0001

**R Christopher Naylor**
Devlin Naylor and Turbyfill
4801 Woodway Ste 420 W
Houston, TX 77056-1805

**LaWalta Kay Rasbeary**
78 F.M. 405
Huntsville, TX 77320

**William E. Heitkamp**
Office of Chapter 13 Trustee
9821 Katy Freeway Ste 590
Houston, TX 77024

**GE Money Bank**
950 Forrer Blvd
Kettering, OH 45420

**PRA Receivables Management LLC**
PO Box 41067
Norfolk, VA 23541

**World Financial Network National Bank**
c/o Weinstein & Riley, P.S.
2101 4th Ave, Ste 900
Seattle, WA 98121